**Client:** Brian Socha (Brian Socha)

**DOB:** 05/24/1980

**Provider:** Maxim Arbuzov

**Provider License:** LCSW #SW17990, LCSW #112748, LCSW #LC24267, LCSW #14571, LICSW #123019

Well Balanced Men

**Diagnosis:** F32.1 - Major depressive disorder, single episode, moderate

# Support Letter

**Date**

02/11/2026

**Summary**

**To:**

**The Honorable Mark G. Mastroianni**

United States District Judge

**Dear Judge Mastroianni:**

I am a licensed psychotherapist and have been providing individual psychotherapy to Mr. Brian Socha since March 28, 2024. Mr. Socha has participated in 41 individual sessions to date and has remained consistently engaged in treatment throughout the course of his legal proceedings, including investigation, plea discussions, and sentencing delays.

Mr. Socha initially presented with symptoms consistent with depressive and anxiety-related disorders, including low self-esteem, rumination, anticipatory anxiety, excessive sleep at times, and periods of depressed mood. His legal situation has been a persistent and significant stressor, contributing to emotional distress, fear about incarceration, and concerns about the long-term impact on his life and family.

Over the course of treatment, Mr. Socha has demonstrated meaningful progress. He has developed increased psychological insight into the underlying drivers of his past behaviors, including compulsive spending patterns tied to external validation and low self-worth. He has shown accountability when reflecting on financial decisions and their impact on his marriage and life circumstances. His ability to examine his behavior honestly and accept responsibility has grown substantially during treatment.

Mr. Socha has consistently utilized adaptive coping strategies, including journaling, regular physical activity, mindfulness practices, and structured self-reflection. During a brief period of increased alcohol use associated with a depressive episode, he demonstrated insight into the behavior, reduced his consumption, and re-engaged healthier coping mechanisms. In subsequent high-stress situations, he abstained from alcohol and relied on therapeutic strategies instead. This reflects an ability to self-correct and respond constructively to intervention.

Throughout treatment, Mr. Socha has not presented as a danger to himself or others. While he has expressed significant fear about incarceration and its psychological impact, his distress has been rooted in anxiety, shame, and concern about consequences—not aggression or antisocial behavior. Risk assessments during treatment have consistently indicated no active suicidal or homicidal intent.

Clinically, Mr. Socha demonstrates:

- Sustained participation and commitment to psychotherapy
- Growing insight into the emotional and cognitive factors contributing to past misconduct
- Accountability and reflective capacity
- Improved emotional regulation under significant stress
- Development of healthier coping mechanisms
- Motivation toward long-term behavioral change

In my professional opinion, incarceration would likely destabilize Mr. Socha's mental health. He has a history of low self-esteem, past experiences of bullying, and difficulty coping in hostile interpersonal environments. Placement in a correctional setting could exacerbate anxiety and depressive symptoms and potentially undermine the therapeutic gains he has made.

Conversely, continued structured supervision within the community would allow Mr. Socha to:

**Client:** Brian Socha (Brian Socha)

**DOB:** 05/24/1980

- Continue active psychotherapy addressing impulse control and self-worth
- Maintain employment and work toward financial restitution
- Strengthen pro-social supports and accountability structures
- Demonstrate ongoing compliance and rehabilitation
- Sustain measurable progress in emotional regulation and behavioral stability

Based on my longitudinal clinical work with Mr. Socha, he presents as psychologically treatable, responsive to intervention, and capable of continued work in a community-based setting. His presentation reflects internalized distress rather than criminally oriented personality traits. With continued therapeutic support and structured oversight, he is positioned to make meaningful progress and contribute productively.

For these reasons, I respectfully support a sentence that allows Mr. Socha to remain in the community under appropriate supervision rather than incarceration.

Please feel free to contact me if further information is needed.

Sincerely,

Maxim Arbuzov, LICSW, EMDR, CSAT-C

Men's Psychotherapist

Well Balanced Men PLLC

**Provider**

Signed by Maxim M Arbuzov
(MA LICSW)
(TX, CT, ME, SC, FL, ID LCSW)
February 11, 2026 at 7:08 pm (ET)

IP address: 107.115.159.51