Very Rev. Piotr S. Calik
25 Parker Street, Indian Orchard, MA 01151
413-522-9810, piotrcalik@gmail.com

November 11, 2025

Honorable Mark G. Mastroianni
United States Courthouse
300 State Street, Suite 120
Springfield, Massachusetts 01105

Subject: Character Reference for Mr. Brian Socha

Dear Judge Mark G. Mastroianni,

My name is Father Piotr Calik, and I serve as the Pastor at Immaculate Conception parish in Indian Orchard, MA.

I am writing this letter on behalf of Mr. Brian Socha for his sentencing hearing, to provide you with my perspective on his good moral character.

I have known Brian Socha for eight years. He is a member of All Saints parish in Ware, MA at which I served as their pastor for the period of time from June 7, 2017 until April 1, 2021. During that time I have had the opportunity to observe Brian's good character, his dedication to his family, and his contributions to that religious community, which he continued after my time as their pastor.

Throughout the time I have known him, Mr. Brian Socha has consistently demonstrated positive ways of his character, such as being compassionate, respectful, creative, responsible and committed to help others. For example, He always was the first to volunteer for parish community projects and local projects. Examples might be, but not limited to: decorating the churches, getting involved with programs like take and eat that serves the poorest members of the community, being willing to help others and during covid 19 times by simply providing me and other leaders with good advice as an active member of parish council.

These actions show a person who is capable of positive contributions and moral conduct. In my experience Brian Socha has always acted with respect, care and integrity by being committed and very responsible member of the parish and local community, using his skills and dedicating his time at many projects that he got involved with.

I believe in his sincerity and willingness to make amends for any harm caused by his actions.

I respectfully request that you consider my perspective on Brian Socha's character as you make your decision. I am happy to provide further information or appear in court if necessary.

I am also committed to continuing to provide spiritual guidance and support for his rehabilitation.

Thank you for your time and consideration of this letter.

Yours respectfully,

Very Rev. Piotr S. Calik

William J. Buelow
380 Tallyho Road
Santa Maria, CA 93455
Phone: 805-345-5982

November 4, 2025

The Honorable Judge Mark Mastroianni
United States Courthouse
300 State Street
Springfield, MA 01105

Re: Character Reference for Mr. Brian Socha

Dear Your Honor,

I am writing this letter in support of my cousin, Brian Socha. I have known Brian since the day he was born. Our grandmothers were sisters, and our families have always been close. Although Brian is about ten years younger than I am, we grew up sharing family gatherings, holidays, and special occasions together.

Brian has always been an important part of my life. When I married, I was honored that he served as the altar server at my wedding—a reflection of his kindness and his deep respect for family and faith.

Throughout his life, Brian has demonstrated creativity, warmth, and generosity. He has always had a strong interest in flower arranging, food preparation, home decoration, and travel. Brian and his mother were known for beautifully decorating their home for every holiday, and I know he continues that tradition with his wife in their own home.

Brian and I also share a love of our family's genealogy. He generously shared information and old family photos he had collected so that I could add them to our family tree. That willingness to share and connect speaks to his sense of family pride and his appreciation for where we come from.

Brian is an only child and has always been the center of his parents' lives. They are well known and deeply respected in their community, and I know the potential sentence he faces would be devastating for them. Brian remains a devoted son, often hosting his parents for special birthday, anniversary, and holiday meals. They are proud of his many talents and accomplishments, and I was especially touched to see that he recently took his parents, along with his paternal uncle and aunt, on a trip to Italy to share with them his love and passion for that country.

Since the indictment, Brian has been very humbled by his situation. He has always been a proud and private person, and I know it must have been difficult for him to reach out and ask others to write letters of support on his behalf. I hope that Your Honor can take into consideration his good character, his lifelong devotion to family, and the sincere remorse he feels. I respectfully ask that Your Honor show some leniency in Brian's sentencing.

Although we have not been as close in recent years, I was truly shocked to learn that he had been charged with this offense. The Brian I have always known is kind, creative, family-oriented, and respectful. I have every confidence that he will face this difficult situation with honesty and a sincere desire to make things right.

Thank you for taking the time to read my letter. I offer this statement as someone who has known Brian his entire life and who continues to care deeply for him and his family.

Respectfully,

**William J. Buelow**

William J Buelow

Shelby Tweedie
19 Malboeuf Rd
Ware, MA 01082
shelbystweedie@gmail.com
(413) 668-7518

November 4, 2025

Honorable Mark Mastroianni

Dear Honorable Mark Mastroianni,

My name is Shelby Tweedie, Brian's favorite cousin (or so I hope). I have known Brian my entire life, and due to an approximately 20 year age gap, I have grown to know Brian through the eyes of a child and through the eyes of a young adult. Although I did not grow up with cousins my own age who were around very often, Brian filled that void. He shared the fun loving spirit of a kid while also being someone to look up to. And as I grew older, I began to see more and more of him in myself. For as long as I can remember, I viewed Brian as a role model. As someone who was loving and generous. Someone who put others before himself. As someone who was creative and expressive. As someone who lit up every room he walked into. Someone with an infectious smile and laugh that was the life of every party. That is Brian.

As a kid, Brian always made my younger brother and I feel special. At Christmas time, Brian gave my brother and I "Lily Bags" as we called them, that were gifts that his dog, Lily, "picked out" for us. For me, it was always the most anticipated present under my Aunt's tree because they were filled with fun, unique treasures. Brian always sent post cards and brought us souvenirs from his travels, many of which I recently found that I had held onto all these years later. He took us to Coney Island for hot dogs for the first time, a place that was so nostalgic for me to return to when I moved to Worcester for college that I had to take all of my friends to. As a young adult, Brian has been a part of so many of my milestone and even ordinary moments that he made feel special, from my 18th birthday dinner to graduating high school, taking me shopping for dorm decor to visiting me at college, to taking me on my first trip to Europe. He truly went out of his way to introduce me to new things, to give me new experiences, and to be present in my life. I always appreciated everything that he did for me because I never felt that he was obligated to. He just did it out of the kindness of his heart.

I recently moved out of my parents' house and into a new apartment. During the process, I found the post cards and birthday cards from Brian that I had saved over the years. But most surprisingly, I found an essay that I had written in maybe second or third grade. The prompt was to write about our best day ever. I don't remember writing the essay as it was over 15 years ago, but I wrote about Brian's wedding day. It was so special for me to reread this essay and relive that day from the point of view of my 8 or 9 year old self. I was reminded of how Brian included me in the day with a special dress even though he did not have a traditional flower girl at the ceremony, and by letting me prank my Uncle with a carboard cutout doll to dance with at the reception. As I read, I thought about what coincidental timing it was for me to have found this essay as I was looking for the words to express who Brian is and what Brian means to me in this letter. As it turns out, a younger version of myself had already given me a head start.

Reading my own words from the perspective of my younger self, I realized that Brian had an even bigger impact on my childhood than I had realized, and I am not sure if he even knew it or knows it to this day. If there is any good to be found under the current circumstances, I hope Brian realizes that he is enough, and feels the unwavering love and support that the people in his life have for him. I know that this is something that he has struggled with. He is a good person, and good people make mistakes. Unfortunately, Brian made a bigger mistake than most of us do. But it is not a reflection of who he is, nor will it define him. The last several months, I have seen a side of Brian I never have before. I have seen him be vulnerable, emotional, and reflective, which is contrary to the positive, energetic, joke cracking spirit that I had always known him to be. But I truly believe that everything happens for a reason, and that this situation that Brian has gotten himself into has forced him to look within himself and face demons that he has been fighting for far too long. I believe that this is part of a greater plan for Brian. In conversations that I have had with Brian over the last couple months, he has opened up to me in a way he never has. He has demonstrated immense growth, accountability, strength, and courage. I feel closer to him than I ever have, and I am so proud of him for how he has taken this opportunity to acknowledge his faults and better himself.

I do not know what our family is without Brian. I cannot picture a holiday or a gathering without his presence. I cannot picture a dinner where he doesn't retell the story of me choking on a devil dog at the dinner table at the age of 2 because I shoved the whole thing in my mouth. And as embarrassing as that story is, I hope he is always there to tell it. I ask for leniency in Brian's sentencing as he has acknowledged the gravity of his mistakes and the people it has impacted, and has taken every action to rectify it. He has recognized his faults and is putting in the work to better himself and find himself. The mistakes he has made are not a reflection of who he is, but in my opinion, someone who he thought he had to be. The Brian that has emerged throughout this journey is someone lighter, someone who is shedding the weight of the expectations placed upon him and that he placed upon himself. I hope that this is a new beginning for Brian. And I am so proud of the man that he is becoming.

I thank you for your time, and I thank you for your consideration of my words in your decision.

Sincerely,

Shelby Tweedie

Shelby Tweedie

Judge Mark Mastroianni,

I am writing this letter in regard to my cousin Brian Socha. Brian has been a part of my life since the day I was born. Our family is quite widespread as far as age goes due to my father being born much later than his other siblings. This makes the age gap between Brian and I over twenty years. In terms of the family tree, Brian is my cousin but in reality, I see him as a father figure. He and I have grown much closer over the years, and our bond has truly skyrocketed in the past 5 years. As I have grown up, he has been someone I go to for the advice and guidance I have been seeking without the helicopter parental aspect being applied which has been a massive weight lifted off my shoulders. Having someone I can go to for advice without being judged has had a tremendous positive impact on my personal development over the years, and he expects absolutely nothing in return. Brian is the definition of a family man. When I was very young, Brian got a dog named Lily. She was his daughter... he truly lived to provide for that dog and would've given her the world if he could have. He was the one to take time off work to take her to appointments. He was the one to give her all her medications and provide her with the best care he possibly could. She had passed away fairly recently and since then he got another dog, Isla (I see her as his second daughter). She could be Lily's twin, and he is currently providing her with the exact love and affection as he did with Lily. Brian has watched me grow up and supported me during sporting events and other formal events that life brought my way. Something I thought I would never say is I found an interest in cooking, because of Brian. He Is an amazing chef and has inspired me to try cooking on a level that surpasses chicken patties in a microwave. I always look forward to talking food with him because I know I'm bound to learn something new. Brian is someone I am constantly learning from whether its on a personal or physical level.

Since all of this has unfolded, I feel that our relationship has gotten even better than before. Both of us have been able to open up to each other on a more emotional level and I have seen the real true colors of my cousin. A very important topic we covered was therapy. Brian opened up and told me that he has been in therapy for some time now and he has noticed a drastic change in his life since he has been going, which was very important to me because it means he is getting the help he needs and is willing to work on the things that needed to be changed. If Brian were to be separated from his friends and family, we would all be devastated. Our family would be broken and incomplete. Brian is the life of the party. He can bring a pitch-black room to light. Brian radiates and brings a positive and uplifting energy to our lives. A piece of my life would be missing if he has to spend time away from me.

Thank you for your time.

-Jack Tweedie (413)-277-8974 (tweediej53@gmail.com) 10/31/2025

19 Malboeuf rd Ware, MA 01082

# Brian Socha - Character Letter

To the Honorable Judge Mark Mastroianni,

My name is Chelsea Valley and I am writing this letter on behalf of Brian Socha. I have had the privilege of knowing Brian for the past 32 years. Both of our fathers are brothers, making us cousins. Even though there is a 13 year age gap between us, Brian and I have fostered a strong relationship where I have looked up to him since I was young.

One of the core values that I have always admired about Brian is his love and admiration for his family and friends. Ever since I can remember, Brian has prioritized those he loves. My earliest memory of this is the strong bond he had with our grandmother, whom he loved deeply and spent many of his childhood years with when he was able to. I have continued to see him form positive relationships like this with all different individuals like his parents, immediate family, priest, boss, and my son.

Another trait that I have always admired about Brian is his craft for creativity. I have always been in awe of the inspiration that comes to Brian and he is able to express through his cooking and extreme talent for floral arranging. Floral arranging is something that he has been passionate about for as long as I can remember. He now holds a job at Otto Florist where he can display this talent daily. Before Brian started working here, both of my parents had worked here prior and had made a great relationship with the owner, Michele. Since Brian started working here, it is obvious that he has brought a little bit of magic to the store. He has helped Michele grow her business in many different ways because of the passion and creativity he brings to the shop each day.

The people who rely on him on a daily basis would be seriously impacted if a severe sentencing is imposed. Not only would it directly impact Brian's immediate family and cause grave devastation, but it would also impact many other areas involving Brian's daily life, like within his job, church, and community. I know that the flower shop alone would really suffer without Brian's passion, creativity, and professionalism.

Since Brian's indictment, he has worked very hard growing as a person mentality, emotionally, and spiritually. The love and respect he has always graced upon his friends and family

is now something that Brian is starting to show towards himself. He has used this situation as an opportunity to understand and work on himself through extensive therapy and connecting deeper with his church and of course, relying on his friends and family who have always relied on him.

Thank you kindly for your time and consideration.

Sincerely,

Chelsea Valley
181 Stafford Road, Monson, MA 01057
(413) 949-6511
ChelseaValley1@gmail.com

Honorable Mark G. Mastroianni
U.S. Federal Courthouse
300 State Street
Springfield, MA 01105

November 15, 2025

Subject: Character reference for Brian M. Socha

Judge Mark Mastroianni,

This letter is in support of my friend Brian Socha whom I have known for at least 35 years. Brian's mother, Sue, was one of the first friends I made when I moved to Ware in 1980. I am happy to write this letter on his behalf.

Since I am a retired woman of 79 years, it is clear that I first met Brian as a child in elementary school. He was consistently on the honor roll. His creative talents were evident at an early age and his academic talents and creativity continued through high school. He graduated valedictorian.

Brian is well known for his creative talents, especially in floral arranging and design.

He is very generous in sharing his talents with friends and acquaintances. He has done so with me on more than a few occasions over the years. The arrangements for my father's funeral, centerpieces for a family bridal shower and many a Christmas decoration. I am not the only person he has done this for.

He is thoughtful of others and willing to help in any situation. I know he was close to both his grandmothers and spent much time with them including a weekly card game with them and their friends.

Brian donates his time and talents to the church decorating the altar and making indoor and outdoor arrangements for Holy Days and funerals.

Brian is a respected and respectful man. I have never seen him behave in any other manner.

I am very much aware that his charges are serious, yet I most definitely believe that this action is not in Brian's true nature. I do believe him to be truly remorseful. I hope your Honor will take these points into consideration when determining Brian's fate.

Thank you for taking the time to read this your Honor.

Bernadette Carberry
9 Walnut Street
Ware, MA 01082
bernadettecarberry@comcast.net

Dear Judge Mastroianni,

I am writing this letter as a character reference for my cousin, Brian Socha, who I have had the privilege of knowing my entire life. As his cousin, I have witnessed firsthand the kind of person he is—someone who is caring, thoughtful, and dedicated to helping others. Throughout the years, Brian has consistently shown a compassionate and giving nature. He has always gone out of his way to support family members, particularly those in need. For example, he frequently helps elderly relatives by assisting them with errands, accompanying them to medical appointments, and even cooking meals for them.

One thing I've observed is that Brian has always connected more deeply with older individuals, often showing a level of patience and empathy that speaks to his genuine care for others. His creativity shines in both his personal and professional life. He has an artistic eye, especially in areas like home decor and floral arrangements. A prime example of his talent is the stunning 50th wedding anniversary celebration he organized for his parents. He creatively used mannequins dressed in his parents' original wedding attire and arranged flowers and centerpieces that were absolutely beautiful. The event stood out as one of the most visually striking and heartfelt celebrations I've ever witnessed.

In terms of his work ethic, Brian has consistently demonstrated reliability and dedication. He has maintained steady employment throughout his career and is known for putting in extra hours to meet deadlines and mentoring others. He takes full responsibility for his actions in this matter, has expressed genuine remorse, and has made a commitment to making amends. This reflects his underlying integrity and sincere desire to grow.

Despite the mistakes he has made, I truly believe that Brian is far more than those errors. He is a devoted family member, a creative contributor to his community, and someone who values hard work and helping others. Since his indictment, I have seen significant positive changes in him. He has engaged in deep self-reflection and sought counseling to better understand his motivations and decision-making. This process has helped him develop greater empathy and a stronger sense of personal accountability.

From what I have observed, Brian has grown into a more thoughtful, responsible individual. He is focused on making positive contributions to his community and maintaining ethical behavior in all aspects of his life. I firmly believe in his potential for redemption, as he has already begun to rebuild his life with a renewed sense of purpose. I am confident he will never repeat his past mistakes.

A severe sentence would have a devastating ripple effect on those who depend on Brian. His absence would place a significant emotional and financial burden on his family, particularly elderly relatives who rely on his support. His employer and colleagues would also lose a dedicated, reliable team member who has been instrumental in their operations.

While I understand that financial crimes are serious offenses, I respectfully ask your Honor to consider a more lenient sentence, taking into account Brian's long history of positive character, his family responsibilities, and his demonstrated capacity for personal growth. A compassionate approach would allow him to continue to contribute to society and support his loved ones, while also ensuring that he learns from this chapter of his life.

Thank you for taking the time to read this letter and for considering this fuller picture of Brian. If you require any further information, I am happy to discuss this matter in greater detail.

Sincerely,

Edward Alan Legare
4656 Larkwood Dr.
Virginia Beach, VA 23464
Phone: 757-672-1455

November 14, 2025

Judge Mark Mastroianni

Re: Brian Socha

I have known Brian for almost 20 years. I first met Brian when we were both working at MassMutual and we became fast friends.

When I first met Brian, I was intrigued and curious; I'd never met anyone like him. You see, when you first meet Brian you see this guy with incredible fashion sense, he seems a little quiet – perhaps shy, and you can tell he is observing from the sidelines. Once you get to know him – your own world becomes brighter, and that never goes away.

Embarking on a friendship with Brian means that you always have someone to talk to, who will never pass judgement and will keep an open mind. It means you'll never decorate your Christmas Tree the same way again because he's shown you that with a few simple tweaks, you can have a showstopper in your living room. It means the Catholic faith you were brought up with goes a little deeper, because you'll hear stories about the Vatican City and the Pope and will have no shame in embarking on a journey of question, answer, and debate with him. It means sharing a picture of a dinner you created – getting feedback on the recipe, the ingredients, the process, the plating, the flavor. It means sharing stories of your family – the good ones, the bad ones, the sad ones, the scary ones and having someone there to help you sort through them because his connection with his own family runs just as deep.

I understand that when you see Brian, you see his indiscretion – but I beg you to look deeper. He is so much more than the employee who was perhaps shown a quick and easy fix and took advantage of that. In my opinion, it was no more than that – there was no malicious intent, Brian IS someone who would put himself at risk to make someone else happy and I believe the actions he took at work made things smoother and easier at home.

I ask that when it comes time to hand Brian a sentence, that he be granted some leniency based on who he is as a person, his lack of any other criminal record- the understanding that he was caught up in something bigger than himself and not being sure how to get out of it. Brian is a good and solid man, a man of

faith and honor, a man who is honest and will own up to his actions and who is so sorry for what he has done and how those actions have unraveled his life. Brian has and will continue to pay the price for his decisions, the impact this has had on not only him but his family is something he will carry deep inside for the rest of his days.

Please feel free to contact me if I can be of any assistance with helping to see Brian as more than his crime.

Nichole Miranda

48 Glenwood Road

Harwich, MA 02645

NicholeMiranda48@gmail.com, 413-636-7523

November 4, 2025

The Honorable Mark G. Mastroianni
Massachusetts U. S. District Court
United States Courthouse
300 State Street, Suite 120
Springfield, MA 01105

RE: Brian M. Socha

Honorable Mark Mastroianni,

Today we, Sue and Syl Socha, write this letter to you with regard to our son and only child, Brian. It's our hope that you will get to know him as we do, as a child growing up and to the present.

Brian seemed to us to be a happy child growing up. Much time was spent with family, mostly who all lived in close proximity to us. We lost my mother in 1985 when Brian was five years old. Even at that young age, he seemed to realize what death really meant and struggled getting over the loss. Academics seemed to be a breeze for him; he never struggled with daily school work and projects, always completing what was expected of him by his teachers. Graduating from 8th grade at St. Mary's Catholic school in Ware he received numerous awards of excellence in all of his studies as well as the St. Mary's School Committee Character Award. He was active in school activities, helped to decorate the church, worked at church functions including the annual carnival, candy sales, served as an altar boy, ran the coat room for monthly dinner dances at the church and more. While at St. Mary's, the town had a contest in search of a design for the first ever Town of Ware Flag. He won! It was quite an honor for him. It was well thought out with key components of the town laid out. The town sold approximate 75 of them to residents and one hangs in the Ware Town Hall and another in the State House in Boston. When the pumpkins would come around in the fall, the entrepreneur in him would come out too. He'd buy pumpkins and paint them with all sorts of characters and would sell them. It became an annual thing that people looked forward to.

After graduating from St. Mary's, we enrolled Brian at Cathedral in Springfield as his whole class was going there. It turned out that it wasn't a good fit for him as he struggled with fitting in and had no classes with any of his former classmates. After speaking with the powers that be, we made the decision to enroll him in Ware High. Unknown to us until recently, Brian was bullied at school. He wasn't into participating in sports, he dressed neatly, combed his hair every day,

was polite...all things contrary to those that bullied him. As parents, we beat ourselves up asking how did we miss this. He covered it up as he thought he could handle it alone. Bullying wasn't such a thing then, rather is called being picked on and so he thought it wouldn't do any good to let it be known. Unfortunately, it scarred him by taking away his self-worth and self-esteem leaving him feeling that HE was not enough – he had no self love. All of this was shared with us after he went to a psychiatrist and psychologist and they encouraged him to share it with us. Prior to this we thought that he always told us everything, but he hid it from friends and family while he silently suffered.

Despite dealing with the bullying issue, Brian did wonderful in school academically. He was a member of student council, a member of the renaissance program and on the yearbook staff. He was active in the arts program. While not a part of school work, he entered a contest at Kanzaki Papers in town to design a sweatshirt at Christmas for them to give to their employees...he won! He designed and made posters for local organizations. Brian had a plethora of stuffed animals and when he realized they would go to waste sitting unused since he had long grown out of them, he asked to donate them to the Shriner's Children Hospital in Springfield. They were thrilled when we walked in with several large trash bags full of gently used stuffed animals. As in St. Mary's, Brian received numerous awards and garnered many outstanding achievement awards. To name a few: Presidents award for outstanding academic achievement, excellence in accounting, word processing, math Olympiad competition, US history, algebra, French class, art, biology Bausch and Lomb award. His English teacher, Mrs. Higney, who had been teaching for 24 years at WHS wrote that he was in the top 10 best students in her tenure. He graduated valedictorian from WHS but chose not to go to college although he had been accepted at Anna Maria in Paxton. He thought of the bullying that endured in high school was bad and convinced himself it would be worse in college. After trying to change his mind about college, not knowing about the bullying at this time, we just gave up telling ourselves that college wasn't for everyone.

Brian held several part time jobs during high school at Kanzaki Papers, Towne and Country Garden Center and Country Bank. He saved money for a down payment to purchase a new VW beetle when they had their renaissance. After graduation he took a full-time position at Country Bank. He put his artistry to work decorating all of the branches and the corporate office for each season and particularly at Christmastime. Brian enrolled into the Ritners School of Floral Design in Boston where he received a certificate for completing the courses. Eventually, he left the bank and he opened his own floral shop in Ware. He kept the shop for a couple of years and came to the realization that the business probably wouldn't reach the potential that he expected and so he closed it and went to work at MMFCU where he'd have

benefits and a stable employment. They soon heard of Brian's artistry and he was asked to decorate the office for their holidays as well.

We always thought of Brian as an old soul, old and wise beyond his years. He was attracted to older people which wasn't a surprise because there were so many elders in his life. From a young age, he engaged in playing cards with his paternal grandparent along with their old friends. It became a weekly affair and would switch houses each week. So yes, he took his turn and made snacks to entertain his guests. One of the couples that were best friends of his grandparents had no children and treated Brian like a grandchild. As time went on, age took its tole on them and they needed someone to look after them. They turned to and asked Brian who was a young man for his help. As they both had health problems and couldn't care for each other, Brian found an assisted living home nearby that fit their needs. Sadly, the gentleman died and his wife survived for several more years. They were both forever grateful for his help and kindness as it was not an easy task.

When Brian was seventeen, we had our 25th wedding anniversary... so Brian, unbeknown to us, had saved money and called out favors from family and planned a party for us. He rented a hall in town, had DJ, catered food, beautifully decorated the hall and hosted about 150 people. His thoughtfulness and kindness always shined a bright light. Twenty-five years later, in 2022, Brian and his wife hosted a party for our 50th. This time it was at their home and very intimate with a few very close friends and the small number of family members that we have left. He made all of the food and decorations for the occasion. Forever thoughtful and caring.

I hope that this gives you a perspective as to his formative years and his character. Brian loves to cook and is really good at it. As a child he'd help to mostly bake in the kitchen with me but has since gone on to cooking amazing meals. Anyone that gets invited to his table is excited for the food and hospitality and never go away hungry or disappointed. They love to see the holiday/seasonal decorations because it's like living in a magazine. I could go on with dozens of adjectives to describe him but I think that with what's been told here that you would get a good sense of the kind, generous, caring, individual that he is and one that we are very proud to call our son. We may be disappointed in his action, but we are not disappointed in who he is.

Currently Brian is working at Otto Florist and is making every effort to get a career job with the US Postal Service where he currently is a part-time fill in person. He has made many new friends in both of these positions and has put much effort into trying to get his life back in order. Brian talks each week with his therapist and this has proven to be a huge help working to redeem himself and find himself. He has become more positive about the future and he realizes that buying things for instant gratification isn't something that works long term and realizes that

material things don't make someone a better person nor do they have a bearing on how he is perceived by people. He is remorseful for his actions and has taken responsibility for the mistake that he made and for the hurt that he's caused to so many family members and friends. He has given time to our church to decorate and is planning with the priest for Christmas decorations, he has some community service work planned, with what little dignity he had left he faced close friends and family to tell them of his situation before they heard it on the street and he offered his remorse and apologies. Every person that he shared this situation with were shocked at what he was telling them, but each one of them did not judge him, they gave him kind and understanding words of support and instilled in him that he just needs to be himself which is enough and that will get him success in the future. The new friends he's made at work have no idea of the struggles he's had and know 'just Brian' and they like and respect him for that person...that person who is enough. We think that he is slowly beginning to see that perhaps he is enough and people like him for who is really is.

We hope that this letter gives insight as to the person that Brian really is and to see that he is a good man that made a bad decision. Desperate people do desperate things and unfortunately he fell down that hole. We hope that through these words you'll see that Brian is a better person than the mistake he made and that it shouldn't define him. We do not minimize the crime and know that it comes with consequences yet we hope, Your Honor, that you will consider the good in him when you decide his fate. We hope that you might consider leniency in his sentencing with perhaps probation and community service. He has a lot to offer his family and community and it would be a shame to have it wasted should he be incarcerated. He has made good strides with feeling better about himself and our fear that if incarcerated that his mental stability may be compromised. He has lost his job and his wife and many friends and will live with the stigma that comes along with committing a felony. He has taken responsibility, has expressed remorse and hopes to be in a position where he can see a future for himself. For Brian who is a man of faith and serious about it, we can assure you that him having to live with the guilt he feels for his actions is a sentence that will haunt him for all of his days.

We thank you for taking the time to read this letter and thank you for your consideration in this matter.

Respectfully,

Susan P. Socha Sylvester A. Socha Jr.

Sylvester A. Socha and Susan P. Socha
12 Skyview Drive, Ware, MA 01082
Ssochajr10@comcast.net

January 25, 2026

Dear Judge Mark Mastroianni:

I was fortunate to meet and begin to work with Brian Socha in November 2008. I'd been hired in September to develop a very basic customer service center to a more encompassing contact center at Country Bank in Ware, Massachusetts.

In November 2008, a fire at the bank's Main Office required my department to be relocated to a branch's sparse basement disaster recovery location. At the same time, mortgage rates dropped dramatically which resulted in callers wanting to take advantage of a better rate. A barrage of calls flooded the contact center. Typically a slower time of year, more than half the mortgage originators were out of the office. Brian was one of the few originators who was not on vacation. Brian's DR office was located in the same building as the contact center.

Brian was of insurmountable assistance during this crazy time. I was a stranger in a new land facing multiple obstacles to the ability of providing my expectation of service excellence for the onslaught of inquiries pouring in. Brian availed himself to my team. He was our calvary. He went beyond the "Let me know how I can help." to regularly coming down to our department, saying "Send them to me.". He offered suggestions of how he could help and how to make processes efficient. He followed up with sensitive and difficult customers. He followed through and followed up with us. Together we created a synergistic partnership for the best possible outcome for the customer, the bank and the team. He also made us laugh.

Over the years Brian and I maintained this collaborative working relationship. Brian's demonstration of kindness, support and professionalism was always something I could depend on.

As my career at Country Bank continued, I got to know Brian's mother, Sue, also a Country Bank employee. She was the first person staff and visitors would see as they entered and exited the operations center. Regular friendly chats with Sue at her station evolved to a true friendship, which is still maintained today, several years after we've each retired.

My assumptions of Brian, the work colleague, as a generally good person have been truly realized on a personal level, also, as I get to see him through Sue. We get together regularly and catch up on life, family and friends. I know Brian is part of a family with a strong, loving bond. They are thoughtful, upstanding, charitable and spiritual.

Throughout my forty years in banking, as a contact center manager nearly all of them, I made decisions daily on how to resolve customer issues. Their issues would be because of a bank error or self-imposed because of ignorance, inexperience or error.

Upon first hearing of Brian's charges, I was in utter disbelief, sure it was

an ugly rumor. As I found it to be true, I wondered, "How? What could have precipitated this, an act so uncharacteristic of the person I know?". I couldn't know the answer. The result was the fact. I wished for the best outcome. I wondered how I could help.

After forty years of considering just resolutions to customer issues, my thoughts were, " What would I do?". As a banking manager, I would consider the past, the facts, the objective and the subjective, "Will this happen again?". I am presenting this to you as a representation of the subjective. This is my personal testimony of the truly good person that Brian is.

Based on my reflection, I respectfully request leniency from you for Brian Socha.

Barbara Hawkins

15 Wampanoag Drive, Hadley, MA 01035
413-687-5436