February 20, 2026

The Honorable Judge Mark Mastroianni,

I would like to start by personally thanking you for reviewing the letters of character that I've included to accompany this letter.

Writing this letter, and describing my life and my character is one of the more difficult things that I've had to do.  My self-esteem has always been low so writing about myself has always seemed to be a daunting task; almost as daunting as reading the letters of support/character that my family, co-workers and friends have written on my behalf.  The support and love that I've received and that is expressed in these letters, as well as the help of my therapist, has allowed me to see myself in a much different light and in spite of everything that has happened, has made me feel very blessed and has helped to me realize what truly matters in life and that the person who I am is enough.

Looking back on my life up to this point, I would venture to say that my life has been very good, and compared to many, very enviable for the love and family that surrounded me.  I was an only child born to two very loving and devoted parents.   My Dad was a project manager at Digital Equipment and my Mom worked mother's hours at a local clothing store.  I was surrounded by a very close knit extended family who were very supportive and filled my childhood with love, concern and care.  The only outlier was my maternal grandfather whom I spoke of in the report for pre-sentencing.  In terms of a childhood in the 1980's, I had everything one could ask for.  Unfortunately, my mind always told me otherwise.

From as early as I can remember, I have always felt that I was less than and always needed to prove myself in whatever I did.  I my mind, being me was never enough and excelling in the expectations of others was the only option to possibly gain approval.  I was constantly asking if something was good enough, seeking validation and approval.  It's something that I still find myself doing even well into adulthood.  In addition, I was picked on throughout my schooling, from Catholic elementary school through high school, for everything from the way I dressed to how well I performed in classes.  (In today's world, it would most likely classified as bullying, but in the 1980s and 90s, it was nothing more than typical school taunting and it was just dealt

with). I remember being young and retreating into the care of my parents, grandmothers and aunts.  My friend circle as I recall, was always very limited.  I never remember confiding in anyone but rather I looked to surround myself in the love and security my family offered. From a young age, these connections were slowly lost however, as I experienced the death of a grandmother and grandfather in front of me as well as the death of a close uncle and aunt, all before the age of 8.  I chalked these events up to typical life events that everyone dealt with at some point without the realization of the actual trauma that I would carry with me.  It took me years to realize that while everyone dealt with this, most young children do not.

I had always excelled in school despite my social difficulties.  Studies came very easy to me and for the most part, I enjoyed learning.  Upon completing my elementary school, I remember being second in my class and how let down I felt.  I was sure that high school would be different. I enrolled at Cathedral in Springfield as was expected as a student from a Catholic elementary school.  My nine days there was nothing short of living hell.  I was overwhelmed, knew almost no-one and struggled to fit in.  My days were mostly spent in the guidance office crying about how awful it was and for the fact that I was letting people down for not being able to "cut it". The sheer size of the school and classes were foreign to me and I needed out.  After discussion, I transferred to our local public high school which was smaller and I thought would be a better fit. While slightly more comfortable, the reality was that nothing really had changed.  I still struggled to fit in.  I was picked on for how I talked, what I wore, how well I did in class and for the fact that I came from the Catholic school.  During these years my self-worth plummeted. My friendships remained very limited and the best friend that I had up to this point, moved out of state which was a devastating blow.

The fact that I was in public school in the early 1990's when our local school system struggled and was filled with many foster kids and transient families did help me to some extent.  The fact that I was bright, motivated to learn and polite endeared me to teachers who would look out for me and allow to me shelter in their rooms.  Being very non-athletic, this enabled me to escape the tortures of P.E. and I was able to take alternate classes.  At some point during high school, when other kids, and myself included, started working and learning the value of money, I realized that what I had in terms of material possessions offered a reprieve and others liked me for what I had.  This is most likely the genesis of my spiral with money.  Through everything, I ended up graduating as valedictorian of my class and earned numerous awards and potential scholarships.

Despite how well I did scholastically, I opted not to attend college in any format.  I was convinced that it would be worse than anything that I had experienced in my schooling up to that point and instead chose to continue working at the job I had in high school, in the mortgage department at Country Bank for Savings.  I knew many people who had long and successful careers at the bank and I decided that I would be counted among them.  As I started earning "real" money I began to feel better about myself. I was able to buy the clothes that I wanted.  Go out for dinners.  Really start enjoying life.  To me, the money I earned brought me freedom, confidence and in my eyes, a reason for people to like me.  I did well at work and was respected for the work I did.  I began to form real friendships for the first time.  (Some of which I am fortunate to still have today.)  In time, promotions came, I was chosen to attend Mass College for Bankers at Babson College, and I was feeling good about myself for the first time in a long time.  During this time, I was also working at a local garden center/gift shop on the weekends.  It was something totally different from what I did at the Bank but totally enjoyed.  It allowed for a release of creativity although I did still struggle with self esteem despite customers showering me with praise.  It was through this part-time job that my life would totally change.


In 2004, I received a call at work from my part-time employer, asking me if I wanted to go to Italy.  Her daughter, who I knew, but not well, had recently gotten divorced and was going to Italy and needed someone to accompany her, or so her mother thought.  I was a 24 year old with low self esteem and no significant other.  I jumped at the fact to go it Italy, especially with someone who was older, a professional and had more in common with me than anyone I had known.  It was a great trip and despite some initial awkwardness, we began dating at the end of the year.  Three years later, we were engaged and married the next summer.  I had finally found someone who wasn't family that I didn't feel judged by and was comfortable being with, or so I thought.  The initial years of marriage were blissful.  We travelled, ate out, shopped and seemed to have so much in common. Looking back, I was holding back.  I didn't share everything and open myself up completely; still guarded, afraid to be hurt.


We talked about starting a family and when nothing happened, we looked for help and were told that as a couple, we we were unable to have children.  At first, this was disappointing but seemed ok, at least on my part.  Subconsciously though, I think that this was another disappointment and another reason to feel like a failure.  As a couple, we handled this very differently.  I retreated to enjoy material things, my wife withdrew to herself.  We ended up getting a puppy who became our child, our new focus.  On the outside, all appeared well but this was in all likelihood the point that we started to grow apart as a couple.  The years of bliss were over and we were in the rut of marriage that had passed the honeymoon stage but we

pressed on and continued to vacation and try to enjoy life the best we could.  We hid any marital issues from the world.  I left my position at the Bank and opened my own flower shop, thinking that working for myself would be a good thing.  The excitement of opening my own business was overshadowed by sadness however.  My remaining grandmother, one of my best friends who I spoke to almost daily, passed away.

The business struggled to take off and although complements and excellent reviews came, I never felt great about it.  In my mind, I knew what I wanted this venture to be but there were challenges that I was unable to overcome.  On top of that, the stress that it brought to our marriage were starting to become overwhelming.  It was decided that the business would close and I would return to a corporate job.  Another failure that weighed on my mind. Around the time, I began really struggling with depression and became aware that it was becoming an issue, festering below the surface without my acknowledgment.   I had always felt melancholy at certain times of the year, especially around holidays and my birthday.  (Then celebration of me started to feel wrong, that I shouldn't be acknowledged.)  These times of depression, grew from a few weeks at a time to a few months and then to an almost constant depressed state.  Several times, I contemplated suicide.  For what reason exactly, I don't know but I felt unworthy and that it may be better if I wasn't here.  I had picked the way for it to happen and gave myself several options as to where I could do it.  Fortunately, I was never able to get myself to the commit the act.  I finally confided to my wife and she told me that I needed help.  I went to my PCP and was put on antidepressants which helped for the most part.

It was shortly after this that I began working at MassMutual Federal Credit Union in the role of a Consumer Loan Officer.  With the return to a corporate job, we were able to get back to the things that we enjoyed.  Trips gradually started to get more elaborate and we started working on our house more.  People noticed what we were doing and I felted valued by the experiences I had, the clothes I wore, the life I lived.  Same story, just a new group of people that I shared it with.  As years passed, my wife and I grew more and more apart.  We both shopped and travelled to make ourselves happy.  Trips continued to get more grand and more frequent and the brands that were purchased more often became higher end designer brands. I was chasing the material things that I was convinced would be make me happy, feel valued and that ultimately would save our marriage.  Despite this, my depression was back, the medication that I was on, obviously not enough.  I didn't want to admit feeling this way and kept it away from everyone; my wife, my parents, my doctor.

At this point, I made the biggest mistake of my life. I don't remember what precipitated my increase of our HELOC for the first time, but it happened and then continued to happen over the coming years again and again. Money still being used in the search for a happiness for me, happiness for my wife and happiness in our marriage. I was convinced that things brought happiness and that once we had enough, we would be happy and our marriage would be saved. I now know that this happiness never comes from money or material things. I hid the source of funds from my wife trying to protect her from the worry and trying to make her happy in the process, along with myself. I knew what I had done was wrong, but it never occurred to me that it was a federal crime. I was depressed, and although not an excuse, it severely clouded my judgment, enabling me to go down a path that I never that thought would be in my DNA.

In November 2023, our beloved dog was nearing the end of her life and I began to feel the coming loss and it was overwhelming. The week after we put her down, I was let go from my position at the credit union once my actions were discovered. I was destroyed and felt that I was quickly spiraling towards a nervous breakdown. I hid the termination from my wife and everyone, instead letting everyone believe that I had quit because I had been so overwhelmed what was put on me at work over the past year and the loss of the dog who was effectively our child. I ended up going to my PCP to talk about changing medication and he assured me that I was ok, that I was just dealing with deep grief. I didn't feel anything close to ok but I tried moved on with my life. I applied for a new job at the Postal Service and was thrilled when I got an email that I could have a position in Brookfield. Our HELOC had also disappeared from our online banking, showing a zero balance. With that gone, I thought it was done.

I was incorrect. It was anything but done and I realized that when I answered an early morning doorbell the following February 2024 when I was informed by two FBI agents that I was charged with federal bank fraud. I couldn't believe what I was hearing and was finally forced to tell my wife what had happened. To say that I was devastated would be an understatement. The next month brought some of the darkest days I had experienced. No-one knew that anything was happening except for me and my wife. I sunk into a state of heavy drinking and deep depression trying to cope. I sank to my lowest in March when I became incoherently intoxicated at our niece's 21st birthday. I slept in a spare bedroom that night and woke up in the early morning hours realizing how much of a mess that my life was. For the first time in over 13 years I seriously committed suicide. If it hadn't been for a strong Catholic faith, I would have killed myself that night. I realized I needed help. At this point, I sought out a psychiatrist to deal with my antidepressants and a therapist to deal with the issues I had experienced for so many years and had not addressed. The new medications helped and I started therapy, typically

every two weeks.  Things were improving in my life in spite of everything but something still felt off.  We were keeping this enormous secret from everyone and the stress it put on my wife and I was overwhelming.  Cracks were starting to show in our relationship and I now know others had started to notice.

In July of 2025, after I had agreed to plead guilty, the FBI put a post out on X and released a brief detailing what I had done.  Everyone now knew.  My wife called me from work and told me that I needed to stay at my parents for a few days because she needed to deal with the fallout and didn't want to see me.  I didn't realize that it was the end of our marriage.  As days extended into weeks, I worked diligently to get my life going in the right direction and tried to convince my wife that I was a different person who had seen the light and was changing into a new man.  After months apart with no sign of reconciliation, I asked the question of her what the final straw was and was told that she hadn't loved me in several years.  All of the spending and trying to buy happiness was for nothing.  It was a major awakening, a cold shower for the brain.

As for the news brief, as awful as it was on that Thursday in July, it ultimately became the catalyst for major change in me.  I had nothing else to hide, the dirty laundry was aired.  My therapy sessions took on new meaning and I opened up more than I ever thought that I could.  People reached out to me and my parents offering support, love and prayers.  I returned to church consistently and began volunteering there again.  I began community service, offering classes in floral design at the local senior center which began in the fall and I have scheduled through the spring.  I have become closer to family and friends than I have been in years. For the first time that I could remember, I have realized that just being Brian Socha is enough.  Money, possessions, trips do not make people like you.  Designer bags, clothes and jewelry don't save marriages.  Those things should be enjoyed in moderation like everything else in life.  Family, friends, personal connections, faith are the things that matter in life and should be enjoyed in excess and I am very fortunate to be very rich in these things.  It's been a very expensive lesson to learn. Looking at where I am now, I am worlds away from where I once was and it's for the better.  I continue to work at a local flower shop as well as the Post Office.  I've recently posted to transfer offices  in the Post Office so that I will have more consistent hours and will have opportunity for faster advancement as the carrier that I would be covering for is due to retire at the end of this summer.  (This transfer has been accepted, however I am still waiting the final system completion and approval between the two offices.)  Working in the new office will give me a full-time benefitted career position once the regular carrier retires provided that I am not incarcerated.

I realize that I have done is a crime and cannot express the sorrow and remorse that I hold for my actions but my hope is that it will not define me.  Rather, I hope that it will be the event that changed the course I was on and will enable me to become the best person I am able to be and will allow me to continue growing in my community and within a loving, supportive family.

Again,  thank your for your time.


Brian Socha