May 21, 2026

To whom this may concern,

My name is Michele Lariviere and I own Floral Elegance of New England and Otto Florist & Gifts. I am writing to you in regards to Brian Socha. It has been several weeks now since Brian was incarcerated. He had been the manager of my flower shop for the past year and a half. I wrote a letter to the judge before Brian's sentencing and explained the grave consequences it would have on me if I had to run the flower shop full time on my own again. I have been through substantial medical problems in the past few years. Brian basically rescued me and saved my shop from closing down. It was my hope that if he had to be imprisoned, which I am not contesting, that perhaps it could be under a work release program, where he could potentially come to the shop and help me with the designing of the arrangements that come in daily. I am now 70 years old with severe health issues and the full time work I have to put in now is debilitating. I almost died in 2023 when, during a routine laparoscopic gall bladder surgery they left a stone in my liver. That turned into sepsis and almost killed me. I ended up having to have two other surgeries after that and it has weakened me tremendously. I now have another surgery to schedule to remove an embedded kidney stone, and was also diagnosed with atrial fib. The strenuous work at the shop is definitely too much for me and finding a floral designer with as much talent as Brian has is pretty much impossible. It is my hope that you will consider this request as a possible alternative for Brian's sentencing.

With Sincere gratitude,

Michele Lariviere

Michele Lariviere