UNITED STATES POSTAL SERVICE

RTR1000R v.2.002

# RTR Employee Detail Report

***USPS Restricted Information***

Date: 2026/07/31 20:26:34 PM
Page # 1

**SSN:** [#REDACTE **Emp ID:** null **Last Name:** SOCHA **First Name:** BRIAN **MI:**
**DOB:** [#REDACTED#]

**Update User ID:** [redacted]
**Update Date:** 30-JUL-26

**Reemp Annuitant:** **OPM Annuity Type:** Ineligible For Annuity **CSRS Contributions:** No **Reemp Annuitant w Frozen FERS:** No

**FERS Election Date:** **Derived Ret Code When FERS Elected:** **Processing Status:** Current

## *SERVICE HISTORY:*

**SH ID #:** [redacted] **Agency:** United States Postal Service **Service Type:** Civilian
**Start Date:** 2026/08/08 **End Date:** Present **Deposit Status:** In Fund **User Verified:** Yes

**Retirement Plan:** N/A **Appointment Type:** Career
**Derived Retirement Code:**
**NOA Code:** 580 - Conversion to Regular Rural Carrier
**Designation Activity:** 71-0- Regular Rural Carrier
**Work Schedule:**

**Seasonal:** No
**Intermittent:** No **Interim:**
**Document Source:**
**Law Enf Occ Code:**
**Credit Type:**

**SH ID #:** [redacted] **Agency:** United States Postal Service **Service Type:** Civilian
**Start Date:** 2023/12/23 **End Date:** 2026/08/07 **Deposit Status:** Not In Fund **User Verified:** Yes

**Retirement Plan:** FICA **Appointment Type:** Non-Career
**Derived Retirement Code:** FICA
**NOA Code:**
**Designation Activity:** 78-0- Rural Carrier Associate (RCA)
**Work Schedule:**

**Seasonal:**
**Intermittent:** Yes **Interim:**
**Document Source:** OPF
**Law Enf Occ Code:**
**Credit Type:**

## *WAE Time:*

| When Occurred: | Cal Year: | Start Date: | End Date: | WAE Days: | WAE Hours: |
|---|---|---|---|---|---|
| Sometime In Year | 2025 | 2025/01/01 | 2025/12/31 | | 1.0 |
| *Total:* | | | | | 1.0 |