August 3, 2026

AUG 10 AM 11:50

Brian Socha
12 Skyview Drive
Ware, MA  01082

United States Federal Court
Attn:  Clerk of Courts
Judges Lobby
50 State Street
Springfield, MA  01103

To whom it may concern:

This is a follow-up to the letter sent to Judge Mark G. Mastroianni dated 29 June, 2026 requesting a compassionate release to home confinement.  The docket number on my original hearing was #3:25-CR-30028-MGM-1.  In my prior request, I had indicated that I was eligible for a full-time career position at the Post Office due to the fact the full-time carrier whom I cover for was retiring.  With my position as her part-time back-up, I would be allowed to advance into the vacant position.  At the time of writing my letter, I was not able to provide you written proof of that information because of Postal policy.  Since that time, I have successfully obtained that position an am including written proof to be recorded with my prior request into my record at the court.  The start date for this full-time position is scheduled to be 8 August 2026. While I may have some flexibility with the start date, I am not entirely sure how long the offer will be held for me.  Where there has been a change in employment status, I wanted to include the proof to be able to be factored into the consideration for my request.

I appreciate the time put into the review of this request and hope that this additional information helps to strengthen the case for an early release from prison into home confinement.  Please provide the update to Judge Mastroianni per the court's procedures in such instances.

Respectfully submitted,


Brian Socha



**UNITED STATES POSTAL SERVICE**

RTR1000R v.2.002

# RTR Employee Detail Report

***USPS Restricted Information***

Date: 2026/07/31 20:26:34 PM

Page # 1

| | | |
|---|---|---|
| SSN: [#REDACTE Emp ID: null | Last Name: SOCHA   First Name: BRIAN   MI: | |
| DOB: [#REDACTED#] | | Update User ID: RFW4D0 |
| | | Update Date:   30-JUL-26 |

**Reemp Annuitant:**   **OPM Annuity Type:** Ineligible For Annuity   **CSRS Contributions:** No   **Reemp Annuitant w Frozen FERS:** No

**FERS Election Date:**

**Derived Ret Code When FERS Elected:**   **Processing Status:** Current

## SERVICE HISTORY:

**SH ID #:**

**Start Date:**   2026/08/08

**Agency:**   United States Postal Service

**End Date:**   Present   **Deposit Status:**   In Fund

**Service Type:** Civilian

**User Verified:** Yes

**Retirement Plan:**   N/A

**Derived Retirement Code:**

**NOA Code:**   580 - Conversion to Regular Rural Carrier

**Designation Activity:**   71-0- Regular Rural Carrier

**Work Schedule:**

**Appointment Type:** Career

**Seasonal:**   No

**Intermittent:**   No

**Document Source:**

**Law Enf Occ Code:**

**Credit Type:**

**Interim:**

---

**SH ID #:**

**Start Date:**   2023/12/23

**Agency:**   United States Postal Service

**End Date:**   2026/08/07   **Deposit Status:**   Not In Fund

**Service Type:** Civilian

**User Verified:** Yes

**Retirement Plan:**   FICA

**Derived Retirement Code:**   FICA

**NOA Code:**

**Designation Activity:**   78-0- Rural Carrier Associate (RCA)

**Work Schedule:**

**Appointment Type:** Non-Career

**Seasonal:**

**Intermittent:**   Yes

**Document Source:**   OPF

**Law Enf Occ Code:**

**Credit Type:**

**Interim:**

## WAE Time:

| When Occurred: | Cal Year: | Start Date: | End Date: | WAE Days: | WAE Hours: |
|---|---|---|---|---|---|
| Sometime In Year | 2025 | 2025/01/01 | 2025/12/31 | | 1.0 |
| Total: | | | | | 1.0 |